UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACKSON LEE,

        Plaintiff,

v.

REBELSMARKET, INC.,

        Defendant.

Case No. 24-cv-06609-RS

**ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT DEFAULT JUDGMENT**

In this action for copyright infringement, the previously assigned magistrate judge has issued a thoroughly analyzed Report and Recommendation to grant plaintiff's motion for default judgment. The calculation of the implied royalty rate and the recommendation to impose damages with a two-times multiplier is well explained and supported. The recommendation to award attorney fees and costs in the amount claimed is likewise appropriate. The Report and Recommendation is hereby adopted in full. A separate judgment including fees and costs will enter in the total amount of $13,783.32.

**IT IS SO ORDERED**.

Dated: June 23, 2025

_____
RICHARD SEEBORG
Chief United States District Judge